UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY HOWARD

VERSUS

OFFICER CHRISTOPHER MCCLURE, ET AL.

CIVIL ACTION

NO. 16-123-SDD-RLB

RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 11, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court extends the deadline for service of process up to and including June 28, 2016. Further, in light of the foregoing extension of time to serve pursuant to Rule 4(m), and the agreement of the parties that the Defendants have been properly served in a manner required by Rule 4(e), Defendants' Motion to Dismiss[1] is DENIED.

Baton Rouge, Louisiana, August 10, 2016.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. doc. 14.