UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANTHONY HOWARD | * | CIVIL ACTION 16-123 |
| | * | |
| v. | * | JUDGE SHELLY D. DICK |
| | * | |
| OFF. CHRISTOPHER MCCLURE; | * | MAGISTRATE JUDGE |
| OFF JASON ACREE; AND | * | RICHARD L. BOURGEOIS |
| CPL. RICHARD MCCLOSKEY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION TO DISMISS JASON ACREE

NOW INTO COURT through undersigned counsel comes Mr. Anthony Howard, who pursuant to FRCP 41 (a)(2) represents that after sufficient discovery, Officer Jason Acree should be dismissed from this action without prejudice. This motion is unopposed.

WHEREFORE, Mr. Anthony Howard prays that Officer Jason Acree be dismissed from this action without prejudice.

Respectfully submitted:

/s Donna Grodner
Donna U. Grodner (20840)
GRODNER LAW FIRM
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX 769-1997
Dgrodner@grodnerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, a copy of the foregoing was filed electronically with the Clerk of court using the CM/ECF system. Notice of this filing will be sent to counsel for the defendants by operation of this Court's electronic filing system.

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run Dr., B-1

Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com